IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00004-GPG

ERNIE LEE CALBART, SR.,

    Plaintiff,

v.

RICK RAEMISCH, D.O.C. Director – Official Capacity,
JOHN CHAPALAINE, Warden – Official Capacity, and
BERNATTE SCOTT, Lt. (AIC), Individual Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 7) is GRANTED.   On February 25, 2016, the Court issued an Order Directing Plaintiff to File an Amended Complaint within 30 days.   (ECF No. 5).   Plaintiff shall file an Amended Complaint in compliance with the February 26, 2016 Order, that includes any additional Defendants, **within 30 days of the date of this minute order**.   If Plaintiff fails to comply within the time allowed the action may be dismissed without further notice.

Dated:   March 11, 2016